IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:09CR340**

          vs.

EURVIN R. MORGAN,                                             **ORDER**

                    Defendant.

This matter is before the court on the motion to withdraw attorney, Filing No. 81. The Federal Public Defender's Office was appointed for the sole purpose of a potential reduction of sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines. The defendant was sentenced under the career offender provisions of U.S.S.G. § 4B1.1(a) and does not qualify for a sentence reduction pursuant to Amendment 782.

IT IS ORDERED that:

1.     The motion to withdraw, Filing No. 81, is granted.

2.     David Stickman and the Office of the Federal Public Defender are deemed withdrawn from further representation as to defendant Eurvin R. Morgan.

Dated this 20th day of January, 2016

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge