IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR340 |
| vs. | |
| EURVIN R. MORGAN, | ORDER |
| Defendant. | |

Defendant Eurvin R. Morgan appeared before the court on May 24, 2018, on a Petition for Warrant for Offender Under Supervision [91]. Defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Defendant waived his right to a preliminary examination. The government moved for detention, and a detention hearing was held. The government's motion for detention is denied. Therefore, Defendant will be released on current and modified conditions of supervision.

I find that the Report alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 3, 2018, at 9:30 a.m. Defendant must be present in person.

2. Defendant is released on current conditions of supervision, and modified conditions as set forth in Order [98].

Dated this 24th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge