IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR340 |
| vs. | |
| EURVIN R. MORGAN, | ORDER |
| Defendant. | |

Defendant Eurvin R. Morgan appeared before the court on July 16, 2018, on an Amended Petition for Warrant or Summons for Offender Under Supervision [105]. Defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Through his counsel, Defendant waived his right to a probable cause hearing on the Amended Petition [105] pursuant to Fed. R. Crim. P. 32.1(b)(1). The government moved for detention, however, Defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

I find that the Amended Petition [105] alleges probable cause and Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS FURTHER ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 31, 2017, at 1:30 p.m. Defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending Defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return Defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of Defendant.

Dated this 16th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge